# United States Bankruptcy Court
## District of Oregon

In re **RODA, LLC**  
Debtor(s)

Case No. **23-30250-dwh11**  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ann Fisher**<br>PO Box 25302<br>Portland, OR 97298 | | | Member 2.08333% |
| **David Flora**<br>c/o Joshua P. Stump<br>Buckley Law PC<br>5300 Meadows Rd Ste 200<br>Lake Oswego, OR 97035 | | | Member 48.958334% |
| **Roy MacMillan**<br>17815 NE Courtney Rd<br>Manzanita, OR 97130 | | | Member 48.958334% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 6, 2023**

Signature **/s/ Roy MacMillan**  
**Roy MacMillan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders