Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #073501
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: 503-241-4869
Fax: 503-241-3731

Of Attorneys for RODA, LLC, Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>RODA, LLC<br><br>_____ Debtor-in-Possession. | Case No. 23-30250-thp11<br><br>APPLICATION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL (Jim Boness of Intellequity Legal Services LLC) |

## NOTICE

If you oppose the proposed course of action or relief sought in this Application, you must file a written objection with the bankruptcy court no later than fourteen (14) days after the date listed in the certificate of service below. If you do not file an objection, the court may grant the Application without further notice or hearing. Your objection must set forth the specific grounds for objection and your relation to the case. The objection must be received by the clerk of court at 1050 SW 6th Avenue #700, Portland, OR 97204, by the deadline specified above or it may not be considered. You must also serve the objection on Debtor, c/o Douglas R. Ricks, Vanden Bos & Chapman, LLP, 319 SW Washington Street, Suite 520, Portland, Oregon 97204, (503) 241-4869, within that same time. If the court sets a hearing, you will receive a separate notice listing the hearing date, time, and other relevant information.

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

# APPLICATION

Pursuant to 11 U.S.C. §327 and Bankruptcy Rule 2014, Debtor-in-Possession,

RODA, LLC ("Debtor"), makes application to the court for entry of the Proposed Order

attached hereto as **Exhibit A** ("Proposed Order") for authority to employ Jim Boness,

Intellequity Legal Services LLC, 111 SW Ave., Suite 3150, Portland, OR 97204, Phone

(503) 877-0881 (the "Professional") as special counsel to advise Debtor on limited liability

company matters, including but not limited to, negotiating leases on behalf of Debtor and

managing the filings of the limited liability company with the Oregon Secretary of State and

other formalities, i.e., resolutions, annual minutes, etc., associated with the continued

operation of the limited liability company, which is an expertise possessed by the selected

Professional.  In support of this application, Debtor represents:

1.      On February 6, 2023 (the "Petition Date), Debtor filed a petition under Chapter

11 of the United States Bankruptcy Code.

2.      Debtor wishes to employ the Professional as its special counsel in this

proceeding.

3.      Debtor has selected Professional for the reason that Professional has

substantial experience in the area of corporate/limited liability company law and contract

law.

4.      To the best of Debtor's knowledge, the Professional has no connection with

the creditors or any other adverse party or its attorneys, except as disclosed in the Verified

Statement in Support of Employment Application on file herein.

5.      To the best of Debtor's knowledge, the Professional represents no interest

APPLICATION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL (Jim Boness of Intellequity Legal Services LLC)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

adverse to Debtor, except as disclosed in the Verified Statement in Support of Employment Application on file herein.

6.	The proposed rate of compensation, subject to final court approval, is the customary, hourly rates in effect when services are performed by the attorneys, legal assistants and staff who provide services to the Debtor. The proposed terms of employment are as set forth in the Attorney/Client Fee Agreement, a copy of which is attached as **Exhibit 1** to the Proposed Order which has been executed by the Debtor and Jim Boness of Intellequity Legal Services LLC.  The current hourly rates are as follows:

| Name | Hrly Rate |
|------|-----------|
| Jim Boness | $150.00 |

These hourly rates are subject to periodic adjustment to reflect economic conditions and increased experience and expertise.  Professional's fees are estimated at not more than $6,000.00 for services for approximately the next 120 days.  Compensation shall not exceed $10,000.00 for the above services, without further application to the Court.

WHEREFORE, Debtor prays:

1.	Debtor be authorized to employ and appoint Professional as special counsel to Debtor-in-Possession in this proceeding under Chapter 11 of the Bankruptcy Code.

2.	Debtor further prays for approval of the form of Order (**Exhibit A**) attached hereto and the terms and conditions of Professional's employment as set forth in Engagement Agreement attached thereto as **Exhibit 1** and this Application.

DATED: _February 17, 2023_	VANDEN BOS & CHAPMAN, LLP

By:/s/Christopher N. Coyle
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #073501
Of Attorneys for Debtor-in-Possession

Page 3 of 3	APPLICATION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL (Jim Boness of Intellequity Legal Services LLC)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 23-30250-thp11    Doc 26    Filed 02/17/23

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>RODA, LLC,<br>and<br>Roy MacMillan,<br><br><br><br><br><br><br><br>Debtors-in-Possession. | Bankruptcy Case Nos.:<br><br>23-30250-thp11 (Lead Case)<br><br>23-30159-thp11<br><br>Jointly Administered Under<br>Case No. 23-30250-thp11<br><br>ORDER FOR THE EMPLOYMENT OF<br>SPECIAL COUNSEL FOR DEBTOR (Jim<br>Boness of Intellequity Legal Services LLC) |

THIS MATTER having come before the court upon the application of Debtor-in-

Possession, RODA, LLC ("Debtor"), praying for authority to employ and appoint as special

counsel Jim Boness of Intellequity Legal Services LLC ("Professional") to represent Debtor-

in-Possession as special counsel to advise Debtor on limited liability company matters,

including but not limited to, negotiating leases on behalf of Debtor and managing the filings

of the limited liability company with the Oregon Secretary of State and other formalities, i.e.,

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 23-30250-thp11    Doc 26    Filed 02/17/23

resolutions, annual minutes, etc., associated with the continued operation of the limited liability company, and that the connections disclosed in the Verified Statement in Support of Employment Application on file herein does not constitute adverse interests, that Professional represents no interest adverse to the Debtor-in-Possession herein on the matters upon which Professional is to be engaged, or to the estate, (except as disclosed in the Verified Statement in Support of Employment Application on file herein), that Professional's employment is necessary and would be in the best interest of the estate, and the time for filing an objection having expired and the Court being otherwise fully advised, it is hereby

ORDERED that:

1.      Debtor is authorized to employ Professional to serve as special counsel to represent and advise Debtor on limited liability company matters, including but not limited to, negotiating leases on behalf of Debtor and managing the filings of the limited liability company with the Oregon Secretary of State and other formalities, i.e., resolutions, annual minutes, etc., associated with the continued operation of the limited liability company.  The terms and conditions of the employment of Professional, are set forth in the Engagement Agreement attached as **Exhibit 1**.

2.      Compensation shall be set by the court in accordance with 11 U.S.C. § 330. Unless modified by future Order of this Court, the Professional's fees shall not exceed $10,000.00.

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

3.     This Order shall be effective only if the Professional to which it applies does not hold or represent an interest adverse to the estate and is a "disinterested person" as defined by 11 U.S.C. §101(14).

###

**PRESENTED BY:**

VANDEN BOS & CHAPMAN, LLP

By:/s/Douglas R. Ricks_____
    Douglas R. Ricks, OSB #044026
    Christopher N. Coyle, OSB #073501
    Of Attorneys for Debtor-in-Possession

**LBR 9021-1 CERTIFICATION**
I certify that I have complied with the requirement of LBR 9021-1(a); Order was attached to the Motion].

By:/s/Douglas R. Ricks_____
    Douglas R. Ricks, OSB #044026
    Christopher N. Coyle, OSB #073501

**First Class Mail:**

RODA, LLC
Roy MacMillan
20407 SW Borchers Dr.
Sherwood, OR  97140

Jim Boness
Intellequity Legal Services LLC
111 SW 5th Ave Ste 3150
Portland OR  97204

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 23-30250-thp11     Doc 26     Filed 02/17/23



## ENGAGEMENT LETTER & RETAINER AGREEMENT

February 2, 2023

RE: Amended Corporate Attorney Engagement

Dear Roy:

This letter will confirm the terms on which you have retained this firm to act as counsel for RoDa LLC, 20407 SW Borchers Dr. Sherwood, OR 97140. The Oregon Rules of Professional Conduct require that fee arrangements with clients be in writing, and this letter and agreement is to set forth the basis upon which our firm will charge for our services.

### SCOPE OF REPRESENTATION

I am very pleased to have the opportunity to represent you. The firm will be available to you and will advise you and your employees in the regular conduct of your business, by telephone, email and in conferences, and will write any incidental correspondence. In addition, the firm will provide other professional services, including transactional document work, negotiations, and necessary filing of documents related to such work. This agreement does not cover any type of trial or trial-related filings or representing you before any governmental agencies in a quasi-trial like setting, of which the firm may or may not be able to perform, and for which, if agreed to, would require a separate agreement for that specific court matter.

### FEES AND EXPENSES

The firm will provide legal services to you on the basis of regular hourly rates and charges. In general, I expect that the work will be handled by myself. **My reduced billing rate for this continued representation and in consideration of the True Retainer Agreement mentioned above is $150 per hour.** These rates may be adjusted annually on or about February 1st. In the course of rendering services to you, it may be necessary for the firm to incur expenses for items such as filing and recording fees, deposition transcripts, specialized computerized legal research, notary service, overnight or special delivery service, postage, photocopying, travel, lodging, and meals. The actual expenses incurred will vary depending on the services that we provide to you. In the attorney's sole discretion, third-party expenses may either be forwarded directly to you for payment or may be billed and deducted from the retainer deposit as provided for below.

Doc ID: 9de564c4a2f5e29514ce41329265ab18ac2337ac

## STATEMENTS

We will generally issue itemized billing statements monthly with the first monthly statement issued on the 1st of the first month after the representation begins and a new statement will issue every 30 days thereafter. However, Firm, at its' sole discretion may bill at any time during the month, provided Firm provides Client with the appropriate itemized statement up to that point. All itemized statements will include the date of service, the amount of time spent in rendering such service in minimum increments of one-tenth (0.1) per hour, and a description of all services rendered. Supporting invoices for costs and expenses exceeding $100 per billing cycle will be provided. We recommend that you treat your invoices as confidential documents and safeguard them appropriately to protect your lawyer-client privilege. Each invoice is due and payable no more than three (5) days after being sent.

## TERMINATION

You may terminate this representation at any time with or without cause by notifying us in writing of your desire to do so. Upon receipt of the notice to terminate representation, we will cease all legal work on your behalf immediately. You will be responsible for paying all legal fees, expenses and disbursements incurred on your behalf in this matter until written notice of termination is received by our firm.

To the extent allowed by law, lawyer may elect at his discretion, to withdraw as lawyer for client and terminate this agreement for good and sufficient cause, which may include irreconcilable differences, innocent or intentional misrepresentation of material facts by client, or discovery of facts or circumstances during this agreement from which lawyer concludes that such continued representation would be in violation of professionally recognized standards of conduct. THIS AGREEMENT MAY ALSO BE TERMINATED BY LAWYER UPON WRITTEN NOTICE TO CLIENT, IF CLIENT, OR ONE WHO AGREES TO PAY FEES ON CLIENT'S BEHALF, FAILS TO TIMELY PAY FEES OR EXPENSES WHEN DUE. If we elect to terminate our representation, you will timely take all steps reasonably necessary and will cooperate as reasonably required to relieve us of any further obligation to perform legal services, including the execution of any documents necessary to complete our withdrawal from representation. In such case, you agree to pay for all legal services performed and any legal fees, expenses or disbursements incurred on your behalf before the termination of our representation in accordance with the provision of this agreement.

## FIRM PRACTICES

**E-MAIL COMMUNICATIONS.**

To reduce costs to you, to expedite communications, and to protect your information and our confidential communications, the firm chooses to use protected, encrypted e-mail. However, any use of e-mail necessarily involves some risk of accidental disclosure of Lawyer-Client confidences, notwithstanding efforts and care on our part. As an extra precaution, all our e-mail messages include footers specifically designating the message as confidential and privileged and requesting any non-intended parties to disregard the email and to contact our firm. It is agreed that you have authorized us to allow use of email and other electronic means to contact you or those whose communication is needed for effectuating the completion of the Matter.

**COPY SERVICES.**

We may engage an outside copy service to assist us in copying documents needed to represent you. We believe that disclosure of your confidential documents to the copy service and its employees does not violate the Lawyer-Client or Work-Product privilege. It is agreed that you have authorized us to contract with an outside copy service to photocopy documents at our discretion.

**CONSULTANTS, EXPERTS AND OUTSIDE LAWYERS.**

**RETURN OF DOCUMENTS.**

We may send you pleadings, documents, correspondence, and other information throughout the case. These copies will be your file copies. We will also keep the information in a paper or electronic file in our firm. The files in our firm will be our files. Please bring your file to all our meetings so that we both have all the necessary information available to us. When we have completed all the legal work necessary for your case, we will close our file and return any original documents to you. We will then electronically store our file for 5 years after which, it will be deleted. We will destroy any paper file after 1 year unless you notify us in writing to keep it longer. Storage fees for paper documents will apply after the one-year period.

Please review this agreement and, if it meets with your approval, sign and date. Please keep a copy, which you should retain for your records. We look forward to a long and pleasant professional relationship with you. On behalf of INTELLEQUITY® Business Legal Services, LLC., We appreciate the opportunity to represent you in this matter. If you have any questions, please feel free to call.

*Jim Boness*

Jim Boness

**APPROVED AND AGREED**

**For: Roda, LLC**

*R.K. macMillan*
_____
By: Roy MacMillan

President
_____
Title

02 / 03 / 2023
Date:_____


| | |
|---|---|
| **Title** | February 2023 RoDa LLC Retainer Agreement _Regular Legal... |
| **File name** | February%202023%2...0for%20Busine.pdf |
| **Document ID** | 9de564c4a2f5e29514ce41329265ab18ac2337ac |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| **SENT** | **02 / 02 / 2023**<br>18:37:17 UTC | Sent for signature to Roy MacMillan (cof@sherwoodicearena.com) from jboness@intellequityip.com IP: 174.174.108.49 |
| **VIEWED** | **02 / 03 / 2023**<br>19:12:35 UTC | Viewed by Roy MacMillan (cof@sherwoodicearena.com) IP: 70.97.122.146 |
| **SIGNED** | **02 / 03 / 2023**<br>19:13:19 UTC | Signed by Roy MacMillan (cof@sherwoodicearena.com) IP: 70.97.122.146 |
| **COMPLETED** | **02 / 03 / 2023**<br>19:13:19 UTC | The document has been completed. |



# TRUE FEE AGREEMENT

**Attorney:** Jim Boness
Phone: 503-877-0881
Email: jboness@intellequityip.com

**Client Details:**
Client Name: Roda LLC
Client Rep: Roy MacMillan
Contact Phone: 503-625-5757
Contact E-mail: cof@sherwoodicearena.com

### Re: Retainer Securing Availability of Lawyer- Roda, LLC

Dear Roy,

Thank you for choosing INTELLEQUITY® (Firm) to represent Roda, LLC in the above Matter. I am pleased that you have selected my firm and wish to set forth our agreement regarding the scope of the representation under this agreement.

This letter confirms that Roda, LLC has agreed to retain Firm under the terms and conditions set forth below.

## SCOPE OF REPRESENTATION
**This true retainer agreement serves merely to ensure our Firm's availability to represent you and to preclude us from taking adverse representation from other potential clients. <u>This retainer DOES NOT cover any legal services to be provided.</u> Legal fees for any work performed will be charged under the terms of a separate fee agreement provided to you.** The term of this agreement is for 1 year from the date signed below. Client may decide to renew this agreement at the expiration of the term. If so, client will need to inform attorney at least 30 days prior to expiration of this agreement so that a subsequent agreement, on terms agreeable to both parties, can be prepared. Neither party is under any obligation to renew this agreement at its' expiration.

## ATTORNEY FEES
For the scope and term mentioned above, client agrees to pay a $5,615 fee. **The fee is earned when paid and client's tender of funds vests interest in the funds to Firm immediately upon receipt. This is a true retainer agreement. <u>This means that no funds will be put in any trust account on client's behalf.</u>** *This fee is earned on receipt, and shall not be refundable except as provided below.* As part of the consideration paid for the scope of this agreement, Firm agrees that any work it shall undertake for client will be at a discounted rate, which rate shall be contained in a separate fee agreement.

## TERMINATION
**WITHDRAWAL BY LAWYER.**
To the extent allowed by law, Firm may elect at its' discretion, to withdraw as Lawyer for client and terminate this Agreement for good and sufficient cause, which may include innocent or intentional misrepresentation of material facts by client, or discovery of facts or circumstances during this Agreement from which Firm concludes that such continued representation would be in violation of professionally recognized standards of conduct. If Firm elects to withdraw from representation, Firm will provide a partial refund. Any refund shall be calculated as the Attorney Fee mentioned above, minus the number of months (including partial months) that attorney has been on standby times $468.

**DISCHARGE OF LAWYER:** Client may terminate this agreement with or without cause and may be entitled to a refund. This refund shall be calculated as the Attorney Fee mentioned above, minus the sum of the number of months that attorney has been on standby times $468 plus the $50 hourly discount times the number of hours actually worked under the separate hourly agreement.

**OFFICE PRACTICES**

**E-MAIL COMMUNICATIONS.**

To reduce costs, to expedite communications, and to protect your information and our confidential communications, Firm chooses to use protected, encrypted email and Client Portal communications. Use of Firm's Client Portal is strongly recommended for utmost protection of client confidences and security. However, any use of electronic communication necessarily involves some risk of accidental disclosure of lawyer-client confidences, notwithstanding efforts and care on Firm's part. As an extra precaution, all our e-mail messages include footers specifically designating the message as confidential and privileged and requesting any non-intended parties to disregard the email and to contact our Firm. It is agreed that you have authorized us to allow use of email and other electronic means to contact you or those whose communication is needed for effectuating this agreement.

**RETAINING OUR SERVICES.**

We have included a copy of this letter for you to review, e-sign, and return to us. A separate invoice for payment will be sent to you and due upon signing of this agreement. If any of the information in this letter is not consistent with your understanding of our agreement, please contact me before signing the letter. **Should you wish to seek legal representation for a review of this agreement before you sign, please do.** Otherwise, e-sign this copy and return it to us**. *Please note, this agreement is not effective, and no Attorney-Client relationship is established until we receive a signed copy of this agreement and payment as indicated above.***

On behalf of INTELLEQUITY® Legal Services, LLC., We appreciate the opportunity to represent you in this Matter. If you have any questions, please feel free to call.
Very truly yours,

*Jim Boness*

Jim Boness
On behalf of INTELLEQUITY Legal Services, LLC

I have read this letter and consent to it.

For: Roda, LLC

*R.K. macMillan*                          02 / 03 / 2023
_____          _____
Roy MacMillan                            Date

President
_____
Title

Copyright 2023, INTELLEQUITY® IP Legal Services, LLC


| | |
|---|---|
| **Title** | True Fee Agreement.pdf |
| **File name** | True%20Fee%20Agreement.pdf |
| **Document ID** | 6d1a70f54487cdeb7e6fce2cf5551ea5809796b1 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| **SENT** | **02 / 02 / 2023** <br> 18:35:16 UTC | Sent for signature to Roy MacMillan (cof@sherwoodicearena.com) from jboness@intellequityip.com <br> IP: 174.174.108.49 |
| **VIEWED** | **02 / 03 / 2023** <br> 19:13:31 UTC | Viewed by Roy MacMillan (cof@sherwoodicearena.com) <br> IP: 70.97.122.146 |
| **SIGNED** | **02 / 03 / 2023** <br> 19:14:02 UTC | Signed by Roy MacMillan (cof@sherwoodicearena.com) <br> IP: 70.97.122.146 |
| **COMPLETED** | **02 / 03 / 2023** <br> 19:14:02 UTC | The document has been completed. |

In re

Case No. _____
Amended

Debtor

**VERIFIED STATEMENT IN SUPPORT OF
EMPLOYMENT APPLICATION**

*Instructions to filer:* This statement must be completed by each person proposed to be employed under 11 U.S.C. § 327, 1103, or 1114. If the application also seeks approval of employment of my firm, this form must be completed and signed on behalf of the firm by the member, associate, or employee of the firm who is expected to be primarily responsible for the engagement. If the firm is a law firm proposed to provide services in the case or an associated adversary proceeding, this form must be completed on behalf of the firm by the attorney of record. Any amended statement must include "Amended" in the title, be complete, and clearly identify changes from the previous filed version. Italicized text below constitutes further instructions.

I, _____, make this statement in support of the application for approval of my employment by [*enter name of proposed employer, for example, name of debtor in possession, trustee, or creditors committee*] _____ (employer). If the application also seeks approval of employment of my firm, I make this statement on behalf of myself, my firm, and each other member, associate, or employee of my firm whom I expect to perform services for the employer in or in connection with this case, and each statement below is on behalf of each of those persons. Otherwise, paragraphs 2.3 and 2.5 below do not apply to this statement.

## 1. Disinterestedness

    1.1.   I am not a creditor of the debtor except:

    1.2.   I am not an equity security holder of the debtor.

    1.3.   I am not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the debtor.

    1.4.   I do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the debtor or for any other reason.

**1114 (12/1/2022)**            Page 1 of 4

**2. Insider status**

2.1. I am not a relative of the individual debtor [*"Relative" means an individual related by affinity or consanguinity within the third degree as determined by the common law or individual in a step or adoptive relationship within that third degree.*]

2.2. I am not a relative of an individual general partner of the debtor.

2.3. My firm is not a partnership in which the debtor is a general partner.

2.4. I am not a general partner of or in the debtor.

2.5. My firm is not a corporation of which the debtor is a director, officer, or person in control. [*"Corporation" has the meaning in 11 U.S.C. § 101(9) and includes limited liability company but not limited partnership.*]

2.6. I am not an officer or director of the debtor.

2.7. I am not a person in control of the debtor.

2.8. I am not a relative of a general partner, director, officer, or person in control of the debtor.

2.9. If the debtor is a municipality, I am not an elected official of the debtor or a relative of an elected official of the debtor.

2.10. I am not a managing agent of the debtor.

**3. Affiliates of the debtor** [*If the debtor has no affiliates, the affiliates list should say "None." In the balance of this statement, "affiliate" means an affiliate on the affiliates list below.*]

3.1. If I am an attorney proposed for employment as general bankruptcy counsel for the trustee or chapter 11 debtor in possession, the trustee or debtor in possession has with my advice prepared the list below of the debtor's affiliates, as that term is defined in 11 U.S.C. § 101(2), including each affiliate's name and relationship to the debtor.

3.2. If I am not an attorney described in paragraph 3.1 above, I have obtained from the trustee, chapter 11 debtor in possession, or the general bankruptcy counsel for the trustee or debtor in possession the list below of the debtor's affiliates, prepared in accordance with paragraph 3.1 above.

3.3. I am not an affiliate or an insider of an affiliate as if such affiliate were the debtor. [*"Insider" includes persons and other entities having a relation to the debtor listed in part 2 above.*]

**4. Employment by chapter 11 committee**

If I am proposed to be employed by a chapter 11 committee of creditors, equity-security holders, or retirees, I do not represent any other entity having an adverse interest in connection with the case.

**5. Connections**

I have no business, professional, personal, financial, or other connections with the debtor, affiliates, creditors, any party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee except:

**6. Compensation**

6.1. If I am an attorney representing the debtor in or in connection with this case, the following are the details of all compensation paid or agreed to be paid to me within one year before the petition date for services rendered or to be rendered in contemplation of or in connection with this case, including payments made to me by either the debtor or a third party for any services rendered to the debtor within one year before filing of the petition:

6.2. If I am proposed to be employed by the trustee or, in a chapter 11 case, by the debtor in possession or a committee of creditors, equity-security holders, or retirees, I do not represent or hold an interest adverse to the interest of the estate with respect to the matter on which I am proposed to be employed.

If, during this case, any of the above statements ceases to be correct because of events occurring or information that I gain after the petition date, I agree to immediately file an amended statement on this form, include "amended" in the title, and clearly identify any changes.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on _____.

_____
Signature of individual proposed to be employed

_____
Printed name of signer

_____
Address (including firm name, if applicable)

_____

_____

## LIST OF AFFILIATES OF THE DEBTOR
*See instructions in paragraph 3 above.*

| Name of Affiliate | Relationship of Affiliate to the Debtor |
|---|---|
|  |  |

# Continuation Statement 6.1

# Invoice Payments Report

| Date | Client | Matter | Transaction | Invoice | Debit | Credit |
|------|--------|--------|-------------|---------|-------|--------|
| 09/02/2022 | RoDa, LLC | 00047-22-RODA CORPORATE COUNSEL | BOA- Trust | 17 | $554.00 | |
| 08/25/2022 | | | **Service** : (Jim Boness) | 17 | | $0.00 |
| 08/25/2022 | | | **Service** : (Jim Boness) | 17 | | $6.00 |
| 08/25/2022 | | | **Service** : (Jim Boness) | 17 | | $42.00 |
| 08/25/2022 | | | **Service** : (Jim Boness) | 17 | | $0.00 |
| 08/29/2022 | | | **Service** : (Jim Boness) | 17 | | $168.00 |
| 08/29/2022 | | | **Service** : (Jim Boness) | 17 | | $168.00 |
| 08/30/2022 | | | **Service** : (Jim Boness) | 17 | | $10.00 |
| 08/30/2022 | | | **Service** : (Jim Boness) | 17 | | $28.00 |
| 08/31/2022 | | | **Service** : (Jim Boness) | 17 | | $6.00 |
| 08/31/2022 | | | **Service** : (Jim Boness) | 17 | | $6.00 |
| 08/31/2022 | | | **Service** : (Jim Boness) | 17 | | $26.00 |
| 08/31/2022 | | | **Service** : (Jim Boness) | 17 | | $32.00 |
| 08/31/2022 | | | **Service** : (Jim Boness) | 17 | | $62.00 |
| 08/31/2022 | | | **Service** : (Jim Boness) | 17 | | $0.00 |
| 08/31/2022 | | | **Service** : (Jim Boness) | 17 | | $0.00 |
| 08/31/2022 | | | **Service** : (Jim Boness) | 17 | | $0.00 |
| 08/31/2022 | | | **Service** : (Jim Boness) | 17 | | $0.00 |
| 08/31/2022 | | | **Service** : (Jim Boness) | 17 | | $0.00 |
| | | | **Total:** | | **$554.00** | **$554.00** |

| Date | Client | Matter | Transaction | Invoice | Debit | Credit |
|------|--------|--------|-------------|---------|-------|--------|
| 10/03/2022 | RoDa, LLC | 00047-22-RODA CORPORATE COUNSEL | BOA- Trust | 32 | $3,722.00 | |
| 09/01/2022 | | | **Service** : (Jim Boness) | 32 | | $0.00 |
| 09/01/2022 | | | **Service** : (Jim Boness) | 32 | | $80.00 |
| 09/01/2022 | | | **Service** : (Jim Boness) | 32 | | $26.00 |
| 09/02/2022 | | | **Service** : (Jim Boness) | 32 | | $0.00 |
| 09/02/2022 | | | **Service** : (Jim Boness) | 32 | | $0.00 |
| 09/06/2022 | | | **Service** : (Jim Boness) | 32 | | $18.00 |
| 09/06/2022 | | | **Service** : (Jim Boness) | 32 | | $10.00 |
| 09/06/2022 | | | **Service** : (Jim Boness) | 32 | | $0.00 |
| 09/06/2022 | | | **Service** : (Jim Boness) | 32 | | $0.00 |
| 09/06/2022 | | | **Service** : (Jim Boness) | 32 | | $80.00 |
| 09/06/2022 | | | **Service** : (Jim Boness) | 32 | | $0.00 |
| 09/06/2022 | | | **Service** : (Jim Boness) | 32 | | $0.00 |
| 09/06/2022 | | | **Service** : (Jim Boness) | 32 | | $24.00 |

| | | | |
|---|---|---|---|
| 09/07/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/09/2022 | **Service** : (Jim Boness) | 32 | $24.00 |
| 09/12/2022 | **Service** : (Jim Boness) | 32 | $4.00 |
| 09/12/2022 | **Service** : (Jim Boness) | 32 | $36.00 |
| 09/12/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/12/2022 | **Service** : (Jim Boness) | 32 | $6.00 |
| 09/12/2022 | **Service** : (Jim Boness) | 32 | $8.00 |
| 09/12/2022 | **Service** : (Jim Boness) | 32 | $14.00 |
| 09/12/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/12/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/12/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/12/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/12/2022 | **Service** : (Jim Boness) | 32 | $28.00 |
| 09/12/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/12/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/12/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/12/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/13/2022 | **Service** : (Jim Boness) | 32 | $180.00 |
| 09/13/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/13/2022 | **Service** : (Jim Boness) | 32 | $16.00 |
| 09/14/2022 | **Service** : (Jim Boness) | 32 | $8.00 |
| 09/14/2022 | **Service** : (Jim Boness) | 32 | $20.00 |
| 09/14/2022 | **Service** : (Jim Boness) | 32 | $8.00 |
| 09/14/2022 | **Service** : (Jim Boness) | 32 | $12.00 |
| 09/14/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/14/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/14/2022 | **Service** : (Jim Boness) | 32 | $20.00 |
| 09/14/2022 | **Service** : (Jim Boness) | 32 | $108.00 |
| 09/14/2022 | **Service** : (Jim Boness) | 32 | $8.00 |
| 09/14/2022 | **Service** : (Jim Boness) | 32 | $6.00 |
| 09/14/2022 | **Service** : (Jim Boness) | 32 | $6.00 |
| 09/14/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/15/2022 | **Service** : (Jim Boness) | 32 | $8.00 |
| 09/15/2022 | **Service** : (Jim Boness) | 32 | $8.00 |
| 09/16/2022 | **Service** : (Jim Boness) | 32 | $4.00 |
| 09/16/2022 | **Service** : (Jim Boness) | 32 | $8.00 |
| 09/16/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/20/2022 | **Service** : (Jim Boness) | 32 | $4.00 |
| 09/20/2022 | **Service** : (Jim Boness) | 32 | $50.00 |
| 09/20/2022 | **Service** : (Jim Boness) | 32 | $14.00 |

| | | | |
|---|---|---|---|
| 09/20/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/21/2022 | **Service** : (Jim Boness) | 32 | $56.00 |
| 09/21/2022 | **Service** : (Jim Boness) | 32 | $52.00 |
| 09/21/2022 | **Service** : (Jim Boness) | 32 | $66.00 |
| 09/23/2022 | **Service** : (Jim Boness) | 32 | $124.00 |
| 09/23/2022 | **Service** : (Jim Boness) | 32 | $6.00 |
| 09/23/2022 | **Service** : (Jim Boness) | 32 | $272.00 |
| 09/23/2022 | **Service** : (Jim Boness) | 32 | $58.00 |
| 09/23/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/23/2022 | **Service** : (Jim Boness) | 32 | $64.00 |
| 09/23/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/26/2022 | **Service** : (Jim Boness) | 32 | $72.00 |
| 09/26/2022 | **Service** : (Jim Boness) | 32 | $8.00 |
| 09/26/2022 | **Service** : (Jim Boness) | 32 | $10.00 |
| 09/26/2022 | **Service** : (Jim Boness) | 32 | $30.00 |
| 09/26/2022 | **Service** : (Jim Boness) | 32 | $8.00 |
| 09/26/2022 | **Service** : (Jim Boness) | 32 | $8.00 |
| 09/26/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/26/2022 | **Service** : (Jim Boness) | 32 | $6.00 |
| 09/26/2022 | **Service** : (Jim Boness) | 32 | $8.00 |
| 09/26/2022 | **Service** : (Jim Boness) | 32 | $28.00 |
| 09/26/2022 | **Service** : (Jim Boness) | 32 | $86.00 |
| 09/26/2022 | **Service** : (Jim Boness) | 32 | $20.00 |
| 09/26/2022 | **Service** : (Jim Boness) | 32 | $30.00 |
| 09/26/2022 | **Service** : (Jim Boness) | 32 | $90.00 |
| 09/27/2022 | **Service** : (Jim Boness) | 32 | $26.00 |
| 09/27/2022 | **Service** : (Jim Boness) | 32 | $8.00 |
| 09/27/2022 | **Service** : (Jim Boness) | 32 | $28.00 |
| 09/27/2022 | **Service** : (Jim Boness) | 32 | $24.00 |
| 09/27/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/27/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/27/2022 | **Service** : (Jim Boness) | 32 | $32.00 |
| 09/27/2022 | **Service** : (Jim Boness) | 32 | $114.00 |
| 09/27/2022 | **Service** : (Jim Boness) | 32 | $14.00 |
| 09/27/2022 | **Service** : (Jim Boness) | 32 | $80.00 |
| 09/27/2022 | **Service** : (Jim Boness) | 32 | $0.00 |
| 09/27/2022 | **Service** : (Jim Boness) | 32 | $20.00 |
| 09/27/2022 | **Service** : (Jim Boness) | 32 | $8.00 |
| 09/27/2022 | **Service** : (Jim Boness) | 32 | $46.00 |
| 09/28/2022 | **Service** : (Jim Boness) | 32 | $18.00 |

| Date | | | | | | Debit | Credit |
|------|--|--|--|--|--|-------|--------|
| 09/28/2022 | | | **Service** : (Jim Boness) | | 32 | | $0.00 |
| 09/28/2022 | | | **Service** : (Jim Boness) | | 32 | | $60.00 |
| 09/28/2022 | | | **Service** : (Jim Boness) | | 32 | | $40.00 |
| 09/28/2022 | | | **Service** : (Jim Boness) | | 32 | | $8.00 |
| 09/28/2022 | | | **Service** : (Jim Boness) | | 32 | | $12.00 |
| 09/28/2022 | | | **Service** : (Jim Boness) | | 32 | | $246.00 |
| 09/28/2022 | | | **Service** : (Jim Boness) | | 32 | | $132.00 |
| 09/29/2022 | | | **Service** : (Jim Boness) | | 32 | | $0.00 |
| 09/29/2022 | | | **Service** : (Jim Boness) | | 32 | | $0.00 |
| 09/29/2022 | | | **Service** : (Jim Boness) | | 32 | | $0.00 |
| 09/29/2022 | | | **Service** : (Jim Boness) | | 32 | | $0.00 |
| 09/29/2022 | | | **Service** : (Jim Boness) | | 32 | | $368.00 |
| 09/29/2022 | | | **Service** : (Jim Boness) | | 32 | | $126.00 |
| 09/29/2022 | | | **Service** : (Jim Boness) | | 32 | | $72.00 |
| 09/29/2022 | | | **Service** : (Jim Boness) | | 32 | | $0.00 |
| 09/29/2022 | | | **Service** : (Jim Boness) | | 32 | | $0.00 |
| 09/30/2022 | | | **Service** : (Jim Boness) | | 32 | | $0.00 |
| 09/30/2022 | | | **Service** : (Jim Boness) | | 32 | | $292.00 |
| 09/30/2022 | | | **Service** : (Jim Boness) | | 32 | | $0.00 |

**Total:** **$3,722.00** **$3,722.00**

| Date | Client | Matter | Transaction | Invoice | Debit | Credit |
|------|--------|--------|-------------|---------|-------|--------|
| 10/29/2022 | RoDa, LLC | 00047-22-RODA CORPORATE COUNSEL | BOA- Trust | 41 | $2,680.00 | |
| 10/03/2022 | | | **Service** : (Jim Boness) | 41 | | $0.00 |
| 10/04/2022 | | | **Service** : (Jim Boness) | 41 | | $126.00 |
| 10/04/2022 | | | **Service** : (Jim Boness) | 41 | | $14.00 |
| 10/04/2022 | | | **Service** : (Jim Boness) | 41 | | $14.00 |
| 10/04/2022 | | | **Service** : (Jim Boness) | 41 | | $0.00 |
| 10/04/2022 | | | **Service** : (Jim Boness) | 41 | | $0.00 |
| 10/06/2022 | | | **Service** : (Jim Boness) | 41 | | $12.00 |
| 10/07/2022 | | | **Service** : (Jim Boness) | 41 | | $18.00 |
| 10/08/2022 | | | **Service** : (Jim Boness) | 41 | | $42.00 |
| 10/08/2022 | | | **Service** : (Jim Boness) | 41 | | $62.00 |
| 10/11/2022 | | | **Service** : (Jim Boness) | 41 | | $240.00 |
| 10/12/2022 | | | **Service** : (Jim Boness) | 41 | | $0.00 |
| 10/17/2022 | | | **Service** : (Jim Boness) | 41 | | $22.00 |
| 10/17/2022 | | | **Service** : (Jim Boness) | 41 | | $54.00 |
| 10/17/2022 | | | **Service** : (Jim Boness) | 41 | | $30.00 |
| 10/18/2022 | | | **Service** : (Jim Boness) | 41 | | $4.00 |
| 10/18/2022 | | | **Service** : (Jim Boness) | 41 | | $0.00 |

| Date | | | | Service : (Jim Boness) | 41 | $248.00 |
|------|---|---|---|------------------------|----|---------|

| Date | Transaction | Invoice | Amount |
|------|-------------|---------|--------|
| 10/18/2022 | Service : (Jim Boness) | 41 | $248.00 |
| 10/18/2022 | Service : (Jim Boness) | 41 | $10.00 |
| 10/19/2022 | Service : (Jim Boness) | 41 | $0.00 |
| 10/21/2022 | Service : (Jim Boness) | 41 | $16.00 |
| 10/21/2022 | Service : (Jim Boness) | 41 | $10.00 |
| 10/21/2022 | Service : (Jim Boness) | 41 | $42.00 |
| 10/21/2022 | Service : (Jim Boness) | 41 | $0.00 |
| 10/24/2022 | Service : (Jim Boness) | 41 | $8.00 |
| 10/24/2022 | Service : (Jim Boness) | 41 | $0.00 |
| 10/24/2022 | Service : (Jim Boness) | 41 | $242.00 |
| 10/24/2022 | Service : (Jim Boness) | 41 | $268.00 |
| 10/24/2022 | Service : (Jim Boness) | 41 | $250.00 |
| 10/25/2022 | Service : (Jim Boness) | 41 | $14.00 |
| 10/25/2022 | Service : (Jim Boness) | 41 | $10.00 |
| 10/25/2022 | Service : (Jim Boness) | 41 | $12.00 |
| 10/26/2022 | Service : (Jim Boness) | 41 | $26.00 |
| 10/26/2022 | Service : (Jim Boness) | 41 | $148.00 |
| 10/26/2022 | Service : (Jim Boness) | 41 | $22.00 |
| 10/26/2022 | Service : (Jim Boness) | 41 | $10.00 |
| 10/26/2022 | Service : (Jim Boness) | 41 | $22.00 |
| 10/27/2022 | Service : (Jim Boness) | 41 | $94.00 |
| 10/27/2022 | Service : (Jim Boness) | 41 | $20.00 |
| 10/27/2022 | Service : (Jim Boness) | 41 | $176.00 |
| 10/27/2022 | Service : (Jim Boness) | 41 | $58.00 |
| 10/27/2022 | Service : (Jim Boness) | 41 | $70.00 |
| 10/27/2022 | Service : (Jim Boness) | 41 | $28.00 |
| 10/27/2022 | Service : (Jim Boness) | 41 | $16.00 |
| 10/28/2022 | Service : (Jim Boness) | 41 | $0.00 |
| 10/28/2022 | Service : (Jim Boness) | 41 | $0.00 |
| 10/28/2022 | Service : (Jim Boness) | 41 | $206.00 |
| 10/28/2022 | Service : (Jim Boness) | 41 | $16.00 |

**Total:   $2,680.00   $2,680.00**

| Date | Client | Matter | Transaction | Invoice | Debit | Credit |
|------|--------|--------|-------------|---------|-------|--------|
| 11/30/2022 | RoDa, LLC | 00047-22-RODA CORPORATE COUNSEL | BOA- Trust | 54 | $2,174.00 | |
| 11/01/2022 | | | Service : (Jim Boness) | 54 | | $0.00 |
| 11/02/2022 | | | Service : (Jim Boness) | 54 | | $340.00 |
| 11/02/2022 | | | Service : (Jim Boness) | 54 | | $4.00 |
| 11/02/2022 | | | Service : (Jim Boness) | 54 | | $14.00 |
| 11/02/2022 | | | Service : (Jim Boness) | 54 | | $32.00 |

| Date | | | Transaction | | Invoice | Debit | Credit |
|---|---|---|---|---|---|---|---|
| 11/02/2022 | | | **Service** : (Jim Boness) | | 54 | | $298.00 |
| 11/02/2022 | | | **Service** : (Jim Boness) | | 54 | | $12.00 |
| 11/03/2022 | | | **Service** : (Jim Boness) | | 54 | | $378.00 |
| 11/04/2022 | | | **Service** : (Jim Boness) | | 54 | | $326.00 |
| 11/04/2022 | | | **Service** : (Jim Boness) | | 54 | | $162.00 |
| 11/04/2022 | | | **Service** : (Jim Boness) | | 54 | | $238.00 |
| 11/04/2022 | | | **Service** : (Jim Boness) | | 54 | | $140.00 |
| 11/09/2022 | | | **Service** : (Jim Boness) | | 54 | | $16.00 |
| 11/14/2022 | | | **Service** : (Jim Boness) | | 54 | | $94.00 |
| 11/14/2022 | | | **Service** : (Jim Boness) | | 54 | | $10.00 |
| 11/14/2022 | | | **Service** : (Jim Boness) | | 54 | | $8.00 |
| 11/15/2022 | | | **Service** : (Jim Boness) | | 54 | | $38.00 |
| 11/15/2022 | | | **Service** : (Jim Boness) | | 54 | | $0.00 |
| 11/15/2022 | | | **Service** : (Jim Boness) | | 54 | | $46.00 |
| 11/15/2022 | | | **Service** : (Jim Boness) | | 54 | | $0.00 |
| 11/28/2022 | | | **Service** : (Jim Boness) | | 54 | | $14.00 |
| 11/28/2022 | | | **Service** : (Jim Boness) | | 54 | | $4.00 |
| 11/28/2022 | | | **Service** : (Jim Boness) | | 54 | | $0.00 |
| | | | | **Total:** | | $2,174.00 | $2,174.00 |

| Date | Client | Matter | Transaction | Invoice | Debit | Credit |
|---|---|---|---|---|---|---|
| 12/30/2022 | RoDa, LLC | 00047-22-RODA CORPORATE COUNSEL | BOA- Trust | 69 | $1,988.00 | |
| 12/02/2022 | | | **Service** : (Jim Boness) | 69 | | $54.00 |
| 12/02/2022 | | | **Service** : (Jim Boness) | 69 | | $12.00 |
| 12/03/2022 | | | **Service** : (Jim Boness) | 69 | | $50.00 |
| 12/03/2022 | | | **Service** : (Jim Boness) | 69 | | $66.00 |
| 12/06/2022 | | | **Service** : (Jim Boness) | 69 | | $4.00 |
| 12/06/2022 | | | **Service** : (Jim Boness) | 69 | | $6.00 |
| 12/06/2022 | | | **Service** : (Jim Boness) | 69 | | $12.00 |
| 12/06/2022 | | | **Service** : (Jim Boness) | 69 | | $6.00 |
| 12/06/2022 | | | **Service** : (Jim Boness) | 69 | | $278.00 |
| 12/09/2022 | | | **Service** : (Jim Boness) | 69 | | $6.00 |
| 12/09/2022 | | | **Service** : (Jim Boness) | 69 | | $0.00 |
| 12/14/2022 | | | **Service** : (Jim Boness) | 69 | | $20.00 |
| 12/14/2022 | | | **Service** : (Jim Boness) | 69 | | $478.00 |
| 12/28/2022 | | | **Service** : (Jim Boness) | 69 | | $4.00 |
| 12/28/2022 | | | **Service** : (Jim Boness) | 69 | | $16.00 |
| 12/28/2022 | | | **Service** : (Jim Boness) | 69 | | $500.00 |
| 12/29/2022 | | | **Service** : (Jim Boness) | 69 | | $440.00 |
| 12/29/2022 | | | **Service** : (Jim Boness) | 69 | | $24.00 |

| Date | | | | | Debit | Credit |
|------|---|---|---|---|-------|--------|
| 12/30/2022 | | | **Service** : (Jim Boness) | 69 | | $8.00 |
| 12/30/2022 | | | **Service** : (Jim Boness) | 69 | | $4.00 |
| | | | | **Total:** | **$1,988.00** | **$1,988.00** |

| Date | Client | Matter | Transaction | Invoice | Debit | Credit |
|------|--------|--------|-------------|---------|-------|--------|
| 01/31/2023 | RoDa, LLC | 00047-22-RODA CORPORATE COUNSEL | BOA- Trust | 88 | $1,986.00 | |
| 12/30/2022 | | | **Service** : (Jim Boness) | 88 | | $6.00 |
| 01/03/2023 | | | **Service** : (Jim Boness) | 88 | | $6.00 |
| 01/07/2023 | | | **Service** : (Jim Boness) | 88 | | $10.00 |
| 01/07/2023 | | | **Service** : (Jim Boness) | 88 | | $0.00 |
| 01/09/2023 | | | **Service** : (Jim Boness) | 88 | | $152.00 |
| 01/09/2023 | | | **Service** : (Jim Boness) | 88 | | $44.00 |
| 01/09/2023 | | | **Service** : (Jim Boness) | 88 | | $274.00 |
| 01/09/2023 | | | **Service** : (Jim Boness) | 88 | | $0.00 |
| 01/09/2023 | | | **Service** : (Jim Boness) | 88 | | $0.00 |
| 01/10/2023 | | | **Service** : (Jim Boness) | 88 | | $58.00 |
| 01/10/2023 | | | **Service** : (Jim Boness) | 88 | | $154.00 |
| 01/10/2023 | | | **Service** : (Jim Boness) | 88 | | $10.00 |
| 01/10/2023 | | | **Service** : (Jim Boness) | 88 | | $4.00 |
| 01/10/2023 | | | **Service** : (Jim Boness) | 88 | | $14.00 |
| 01/10/2023 | | | **Service** : (Jim Boness) | 88 | | $138.00 |
| 01/11/2023 | | | **Service** : (Jim Boness) | 88 | | $6.00 |
| 01/11/2023 | | | **Service** : (Jim Boness) | 88 | | $120.00 |
| 01/11/2023 | | | **Service** : (Jim Boness) | 88 | | $94.00 |
| 01/18/2023 | | | **Service** : (Jim Boness) | 88 | | $8.00 |
| 01/20/2023 | | | **Service** : (Jim Boness) | 88 | | $18.00 |
| 01/23/2023 | | | **Service** : (Jim Boness) | 88 | | $190.00 |
| 01/23/2023 | | | **Service** : (Jim Boness) | 88 | | $32.00 |
| 01/23/2023 | | | **Service** : (Jim Boness) | 88 | | $6.00 |
| 01/24/2023 | | | **Service** : (Jim Boness) | 88 | | $30.00 |
| 01/24/2023 | | | **Service** : (Jim Boness) | 88 | | $38.00 |
| 01/25/2023 | | | **Service** : (Jim Boness) | 88 | | $124.00 |
| 01/25/2023 | | | **Service** : (Jim Boness) | 88 | | $28.00 |
| 01/25/2023 | | | **Service** : (Jim Boness) | 88 | | $8.00 |
| 01/26/2023 | | | **Service** : (Jim Boness) | 88 | | $10.00 |
| 01/26/2023 | | | **Service** : (Jim Boness) | 88 | | $20.00 |
| 01/30/2023 | | | **Service** : (Jim Boness) | 88 | | $114.00 |
| 01/31/2023 | | | **Service** : (Jim Boness) | 88 | | $270.00 |
| | | | | **Total:** | **$1,986.00** | **$1,986.00** |

| Date | Client | Matter | Transaction | Invoice | Debit | Credit |
|------|--------|--------|-------------|---------|-------|--------|
| 02/03/2023 | RoDa, LLC | 00047-22-RODA CORPORATE COUNSEL | BOA- Trust | 89 | $5,615.00 | |
| 02/02/2023 | | | **Expense** : True Retainer Fee Agreement- to secure lawyers' availability for year. (Jim Boness) | 89 | | $5,615.00 |
| | | | | **Total:** | **$5,615.00** | **$5,615.00** |

| Type | Description | Debit | Credit |
|------|-------------|-------|--------|
| | Total Payment Received | $18,719.00 | $0.00 |
| Service | Fees reimbursed to Jim Boness | $0.00 | $13,104.00 |
| Interest | Total Interest | $0.00 | $0.00 |
| Expense | Misc Expenses | $0.00 | $5,615.00 |
| Misc | Total Product | $0.00 | $0.00 |
| Misc | Total Uncategorized | $0.00 | $0.00 |
| Tax | Primary Tax | $0.00 | $0.00 |
| Tax | Secondary Tax | $0.00 | $0.00 |
| Misc | Overpaid on bills | $0.00 | $0.00 |
| | **Grand Total:** | **$18,719.00** | **$18,719.00** |

CERTIFICATE - TRUE COPY

DATE:          February 17, 2023

DOCUMENT:    APPLICATION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL
             (Jim Boness of Intellequity Legal Services LLC) AND VERIFIED
             STATEMENT IN SUPPORT OF EMPLOYMENT APPLICATION

       I hereby certify that I prepared the foregoing copies of the foregoing named
documents and have carefully compared the same with the originals thereof and they
are correct copies therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

       I hereby certify that I served copies of the foregoing on:

RODA, LLC                    Jim Boness
Roy MacMillan                Intellequity Legal Services LLC
20407 SW Borchers Dr.        111 SW 5th Ave Ste 3150
Sherwood, OR  97140          Portland OR  97204

by mailing copies of the above-named documents to each of the above in a sealed
envelope addressed to the last known address.  Each envelope was deposited into the
postal system at Portland, Oregon, on the below date, postage prepaid.

       I hereby certify that the foregoing was served on all CM/ECF participants through
the Court's Case Management/Electronic Case File system on the date set forth below.

 Dated:  February 17, 2023          VANDEN BOS & CHAPMAN, LLP


                              By:/s/Christopher N. Coyle_____
                                 Douglas R. Ricks, OSB #044026
                                 Christopher N. Coyle, OSB #073501
                                 Of Attorneys for Debtor-in-Possession