## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................ $    **7,493,800.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................... $    **515,227.30**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................ $    **8,009,027.30**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    **7,376,400.70**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$    **1,318,451.50**

4.  **Total liabilities** ..............................................................................................
    Lines 2 + 3a + 3b                     $    **8,694,852.20**

Case 23-30250-thp11    Doc 28    Filed 02/21/23

| Fill in this information to identify the case: |

| Debtor name | **RODA, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | **23-30250 - thp11** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Vanden Bos & Chapman Trust Account (Balance of retainer after petition date)** | **Trust Account** | | **$39,697.25** |
| 3.2. | **Keybank** | **Business Checking** | | **$8,707.42** |
| 3.3. | **Keybank** | **Savings** | | **$611.82** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$49,016.49** |

| Part 2: | Deposits and Prepayments |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **277,175.06**    -    **0.00**  = ....    **$277,175.06**

_____    _____

face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    **189,035.75**    -    **0.00**  =....    **$189,035.75**

_____    _____

face amount    doubtful or uncollectible accounts

12.    **Total of Part 3.**    **$466,210.81**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Real Property - 20407 SW Borchers Dr, Sherwood OR 97140** | **Fee Simple** | **$0.00** | **Tax records** | **$7,493,800.00** |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    **$7,493,800.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $49,016.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $466,210.81 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $7,493,800.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $515,227.30 | + 91b. $7,493,800.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,009,027.30 |

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| **2.1** | **PC0120N Joint Venture** | | $7,206,456.00 | $7,493,800.00 |
|---|---|---|---|---|

Creditor's Name

4710 Village Plaza Loop, Ste 100
Eugene, OR 97401

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Real Property - 20407 SW Borchers Dr, Sherwood OR 97140 - Value 5,612,420 Additional lien against co-debtor property located at 17715 & 17815 NE Courtney Rd, Newberg, OR 97132 - Value $**

**Describe the lien**
**First Mortgage**

jmanela@wlrlaw.com

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6579**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Washington County Property Taxes**
**2. PC0120N Joint Venture**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| **2.2** | **Washington County Property Taxes** | | $169,944.70 | $7,493,800.00 |
|---|---|---|---|---|

Creditor's Name

c/o Joe Nelson, Assessor
155 N. First Ave., Ste. 130
MS 8
Hillsboro, OR 97124

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Real Property - 20407 SW Borchers Dr, Sherwood OR 97140**

**Describe the lien**
**Real Property Taxes**

at@washingtoncountyor.gov

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**

Case 23-30250-thp11    Doc 28    Filed 02/21/23

**Date debt was incurred**
2022

**Last 4 digits of account number**
6915

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $7,376,400.70

---

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|-------------------------------------------------|
| **Kathryn Harrington, Chair at Large of Board of County Commissioners Washington County Assess. & Taxation 155 N First Ave Hillsboro, OR 97124** | Line **2.2** | |
| **PC0120N Joint Venture c/o Mariska Cain, Dir. of Lending PacWest Funding Inc dba Precision Capita 4710 Village Plaza Loop, Ste 100 Eugene, OR 97401** | Line **2.1** | |
| **PCO120N Joint Venture c/o Julia I. Manela Watkinson Laird Rubenstein PC 1203 Willamette St Ste 200 Eugene, OR 97401** | Line **2.1** | |
| **Precision Capital c/o Kevin Simrin, Reg Agent 4710 Village Plaza Loop, Ste 100 Eugene, OR 97401** | Line **2.1** | |
| **Washington County Dept of Assessment & Taxation c/o Ellen Rosenblum, Atty General 1162 Court St, NE Salem, OR 97301** | Line **2.2** | |

Debtor name **RODA, LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) **23-30250 - thp11**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| **IRS**<br>**Attn: Attorney General of United States**<br>**950 Pennsylvania Ave. NW**<br>**Washington, DC 20530** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Precautionary** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| **IRS**<br>**Attn: Civil Process Clerk**<br>**U.S. Attorney, District of Oregon**<br>**1000 SW 3rd, #600**<br>**Portland, OR 97204-2936** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Precautionary** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 23-30250-thp11    Doc 28    Filed 02/21/23

Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**IRS**
**Centralized Insolvency Operation**
**P. O. Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**ODR**
**ATTN: Bankruptcy Unit**
**955 Center St NE**
**Salem, OR 97301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**ODR**
**c/o Ellen Rosenblum, Attorney General**
**Oregon Department of Justice**
**1162 Court St, NE**
**Salem, OR 97301-4096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ann Fisher**
**PO Box 25302**
**Portland, OR 97298**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Equity Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 23-30250-thp11    Doc 28    Filed 02/21/23

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,274.00 |

**Charles Quesenberry**
**105 Academy St**
**Bluefield, VA 24605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IT Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**City of Sherwood**
**Water Dept.**
**15527 SW Willamette St.**
**Sherwood, OR 97140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility - Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**David Flora**
**c/o Joshua P. Stump**
**Buckley Law PC**
**5300 Meadows Rd Ste 200**
**Lake Oswego, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NW Natural**
**PO Box 6017**
**Portland, OR 97228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility - Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Portland General Electric**
**PO Box 4438**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility - Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Pride Disposal Company**
**PO Box 820**
**Sherwood, OR 97140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility - Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,287,950.00 |

**Roy MacMillan**
**17815 NE Courtney Rd**
**Manzanita, OR 97130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 23-30250-thp11    Doc 28    Filed 02/21/23

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,227.50** |
|---|---|---|---|

**SRL Legal, LLC**
**25-6 NW 23rd Pl, #241**
**Portland, OR 97210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Legal Feees_

**Last 4 digits of account number** _Roda,LLC_

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Twilight Consulting**
**PO Box 50253**
**Eugene, OR 97405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Accounting Consulting Fees_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Walker Consulting, LLC**
**633 Warner Parrott Rd**
**Oregon City, OR 97045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Accounting Consulting Fees_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:  List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,318,451.50 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,318,451.50 |

Fill in this information to identify the case:

Debtor name **RODA, LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) **23-30250 - thp11**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Monthly bookkeeping services; $500 per month**<br><br><br><br><br>**Breakaway Bookkeeping & Accounting**<br>**22467 SW Ash St**<br>**Sherwood, OR 97140** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tenant - Rent is $1,140/mth plus CAMS - Month to Month**<br><br><br><br>**Generation Skate 808**<br>**20407 SW Borchers Rd**<br>**Sherwood, OR 97140** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tenant - Rent is $500/mth plus CAMS - Month to Month**<br><br><br><br>**Growler House**<br>**20407 SW Borchers Rd**<br>**Sherwood, OR 97140** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tenant - Rent is $795/mth plus CAMS - Month to Month**<br><br><br><br>**Industrial Sales**<br>**20407 SW Borchers Dr**<br>**Sherwood, OR 97140** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.**   State what the contract or lease is for and the nature of the debtor's interest → **Tenant - Rent is $2,016/mth plus CAMS - Month to Month**

    State the term remaining

    List the contract number of any government contract

                                   **Northwest State Authorities**
**20407 SW Borchers**
**Sherwood, OR 97140**

---

**2.6.**   State what the contract or lease is for and the nature of the debtor's interest → **Tenant - Rent is $4,300/mth plus triple net expenses and CAMS; 60 month lease commencing 2/1/2020 and running through 3/1/2025**

    State the term remaining

    List the contract number of any government contract

                                   **Oregon Ice Entertainment**
**20407 SW Borchers Dr**
**Sherwood, OR 97140**

---

**2.7.**   State what the contract or lease is for and the nature of the debtor's interest → **Tenant - fka MacFarlance Dance LLC - Rent is $4,518/mth plus CAMS - 60 month lease beginning 12/1/2018**

    State the term remaining

    List the contract number of any government contract

                                   **Sherwood Dance Academy**
**20407 SW Borchers Rd**
**Sherwood, OR 97140**

---

**2.8.**   State what the contract or lease is for and the nature of the debtor's interest → **Tenant - Rent is $1,825.25/mth plus CAMS - Month to Month**

    State the term remaining

    List the contract number of any government contract

                                   **Skate & Skills**
**20407 SW Borchers Rd**
**Sherwood, OR 97140**

Case 23-30250-thp11    Doc 28    Filed 02/21/23

**Fill in this information to identify the case:**

Debtor name   **RODA, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)   **23-30250 - thp11**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                               12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| **2.1  David Flora** | c/o Joshua Stump<br>5300 Meadows Rd, ste 200<br>Lake Oswego, OR 97035 | **PC0120N Joint Venture** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| **2.2  Roy MacMillan** | 17815 NE Courtney Rd<br>Manzanita, OR 97130 | **PC0120N Joint Venture** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **RODA, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)   **23-30250 - thp11**

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 21, 2023**    X **/s/ Roy MacMillan**
                                               Signature of individual signing on behalf of debtor

                                               **Roy MacMillan**
                                               Printed name

                                               **Managing Member**
                                               Position or relationship to debtor

Debtor name    **RODA, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **23-30250 - thp11**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other   **Rental Income** | **$105,867.17** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   **Rental Income** | **$813,743.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other   **Rental Income** | **$878,606.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Case 23-30250-thp11    Doc 28    Filed 02/21/23

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **Keybank** | **11/21/22<br>$500; 12/5/22<br>$5,000;<br>1/5/23<br>$11,000;<br>1/18/23<br>$9,000** | **$25,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Credit Card payments__ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Roy MacMillan<br>17815 NE Courtney Rd<br>Manzanita, OR 97130<br>Member** | **SEE<br>ATTACHED<br>CONTINUATI<br>ON SHEET<br>#1** | **$77,050.00** | **Note payable payments** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **PC0120N Joint Venture<br>4710 Village Plaza Loop, Ste 100<br>Eugene, OR 97401** | **Real Property - 20407 SW Borchers Dr,<br>Sherwood OR 97140 - Value 5,612,420<br>Additional lien against co-debtor property<br>located at 17715 & 17815 NE Courtney Rd,<br>Newberg, OR 97132 - Value $** | **Pending<br>Foreclosure<br>2/7/23 -<br>Stayed by<br>bankruptcy<br>filing** | **$7,493,800.00** |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|
| **Portland General Electric<br>PO Box 4438<br>Portland, OR 97208** | **Applied deposit to pay account**<br>Last 4 digits of account number: __7179__ | | **$16,767.00** |

<div style="background:black;color:white;padding:2px;display:inline-block">**Part 3:**</div>  **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Case 23-30250-thp11    Doc 28    Filed 02/21/23

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Vanden Bos & Chapman, LLP 319 SW Washington St, Ste 520 Portland, OR 97204** | 8/31/22  $1,997.50; 10/31/22 $2,660.75; 2/6/23 $14,449.00 | | $17,307.25 |

**Email or website address www.vbcattorneys.com**

**Who made the payment, if not debtor?**

---

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

Case 23-30250-thp11    Doc 28    Filed 02/21/23

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Case 23-30250-thp11    Doc 28    Filed 02/21/23

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Young and Company CPAS** **11200 SW Allen Blvd, Ste 100** **Beaverton, OR 97005** | **2019 to current** |
| 26a.2. | **Breakaway Bookkeeping & Accounting** **Gretchen Walker** **22467 SW Ash St** **Sherwood, OR 97140** | **11/15/21-Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Breakaway Bookkeeping & Accounting** **Gretchen Walker** **22467 SW Ash St** **Sherwood, OR 97140** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

Case 23-30250-thp11    Doc 28    Filed 02/21/23

| Name and address | |
|---|---|
| 26d.1. | **Phil Hatch** |
| 26d.2. | **Gene Helfrich** |
| 26d.3. | **Bradley Lawrence** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Roy MacMillan | 17815 NE Courtney Rd<br>Manzanita, OR 97130 | Member | 48.958334% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Flora | c/o Joshua P. Stump<br>Buckley Law PC<br>5300 Meadows Rd Ste 200<br>Lake Oswego, OR 97035 | Member | 48.958334% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ann Fisher | PO Box 25302<br>Portland, OR 97298 | Member | 2.08333% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Case 23-30250-thp11    Doc 28    Filed 02/21/23

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __February 21, 2023_____

__/s/ Roy MacMillan_____          __Roy MacMillan_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __Managing Member_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Case 23-30250-thp11    Doc 28    Filed 02/21/23

RODA, LLC
Continuation Sheet #1

Question 4 - Insider Payments

Loan Payable - Roy MacMillan $ (1,365,000.00)

| Type | Date | Check # | | | Amount | Balance of Loan |
|------|------|---------|---|---|--------|-----------------|
| Check | 12/9/2022 | 138 | Roy MacMillan | Principle expenses | $ 4,750.00 | $ (1,360,250.00) |
| Check | 12/12/2022 | 140 | Roy MacMillan | Principle expenses | $ 9,000.00 | $ (1,351,250.00) |
| Check | 12/13/2022 | 141 | Roy MacMillan | Principle expenses | $ 9,000.00 | $ (1,342,250.00) |
| Check | 12/13/2022 EFT | | Roy MacMillan | Principle expenses | $ 8,300.00 | $ (1,333,950.00) |
| Check | 12/14/2022 | 139 | Roy MacMillan | Principle expenses | $ 9,000.00 | $ (1,324,950.00) |
| Check | 12/19/2022 | 142 | Roy MacMillan | Principle expenses | $ 9,000.00 | $ (1,315,950.00) |
| Check | 12/29/2022 | 143 | Roy MacMillan | Principle expenses | $ 9,000.00 | $ (1,306,950.00) |
| Check | 1/12/2023 | 144 | Roy MacMillan | Principle expenses | $ 9,000.00 | $ (1,297,950.00) |
| Check | 1/25/2023 | 146 | Roy MacMillan | Principle expenses | $ 10,000.00 | $ (1,287,950.00) |
| Total Loan Payable - Roy MacMillan | | | | | $ 77,050.00 | $ (1,287,950.00) |