In re Roda, LLC
Case No. 23-30250

# DISCLOSURES AND SUPERSEDING STATEMENTS

Notwithstanding any statement, declaration, or disclosure made in the UST Form 11-MOR, the disclosures and superseding statements contained herein shall control.

**UST Form 11-MOR at p. 1.** Consistent with the provided instructions, as used on the UST Form 11-MOR at p. 1, "Responsible Party" shall mean "the individual responsibility for *filing* the MOR with the court." UST Form 11-MOR Instructions (06/08/2021) at p. 5 (emphasis in original). The Responsible Party's signature on Page 1 is made solely for the limited purpose of compliance with Fed. R. Bankr. P. 9011(a).

**UST FORM 11-MOR, Part 1(a).** Debtor's "Cash balance" includes Debtor's unexhausted retainer to Vanden Bos & Chapman, LLP in the amount of $39,697.25.

**UST FORM 11-MOR, Part 1(b)-(c).** Fees or other charges which are waived are netted; for example, a service fee of $3 waived in a separate transaction in the same reporting period, is neither counted as a receipt or disbursement.

**UST FORM 11-MOR, Part 1(e).** Total assets based on Part 2(d) ("Current Assets") plus assets listed in Schedule A/B consistent with those schedules.

**UST Form 11-MOR, Part 2(k)-(m).** Prepetition debts listed in Part 2(k)-(m) are listed consistent with the Summary of Assets and Liabilities for Non-Individuals (Docket #28). As further described in the Debtor's filed Schedules, certain claims are disputed. In addition, prepetition debts will not reflect post-petition accrual of interest or other charges.

**UST FORM 11-MOR, Part 4(j).** Based on correspondence received from the Office of the United States Trustee, unapplied for attorney fees and costs (which are neither due (e.g. they cannot be lawfully collected absent court approval) nor payable (e.g. they cannot be lawfully paid absent court approval)) have been listed in Part 4(j). The listed figure is an estimate and is subject to both attorney and court review.

**UST FORM 11-MOR, Part 4(k).** As reorganization items listed in Part 4(j) are not approved or payable, *see Statement supra.*, such amounts have not been included in Part 4(k).

**UST FORM 11-MOR, Part 8.** Consistent with UST Form 11-MOR Instructions (06/08/2021) at p. 9, as a non-individual debtor, the Debtor has "enter[ed] zeros in all numerical fields and indicate[d] "No" for line (l) and "N/A" for line (m)."

## SCHEDULE OF PAYMENTS TO INSIDERS

| Recipient | Date | Amount | Account | Reason |
|---|---|---|---|---|

*None.*



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**February 28, 2023**
page 1 of 2

7400

2      T   367 00000 R EM T1
RODA LLC
20407 SW BORCHERS DR
SHERWOOD OR 97140-8988

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

Enroll in Online Banking today at Key.com.
Access your available accounts, transfer funds and view your transactions right from your PC.

**Key Business Reward Checking** 7400
RODA LLC

| | |
|---|---:|
| Beginning balance 1-31-23 | $32,900.27 |
| 5 Subtractions | -24,692.85 |
| **Ending balance 2-28-23** | **$8,207.42** |

## Subtractions

Paper Checks    * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | | |
|---|---|---|---|---|---|---|---:|
| 147 | 2-3 | $10,500.00 * | 148 | 2-14 | 625.00 · | | |
| | | | | | **Paper Checks Paid** | | **$11,125.00** |

| Withdrawals | Date | Serial # | Location | | | |
|---|---|---|---|---|---|---:|
| | 2-1 | | Internet Trf To CCA Xxxxxxxxxxxx1805 | 3720 | | $12,568.49 · |
| | 2-6 | | Internet Trf To CCA Xxxxxxxxxxxx1805 | 3720 | | 499.36 · |
| | 2-16 | | Direct Withdrawal, Practice Ignitiobreakaway | | | 500.00 · |
| | | | **Total subtractions** | | | **$24,692.85** |

7400 - 03720
4462

Case 23-30250-thp11    Doc 69-1    Filed 03/21/23



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**February 28, 2023**
page 1 of 2

4206

T    367 00000 R EM T1

RODA LLC
20407 SW BORCHERS DR
SHERWOOD OR 97140-8988

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

Enroll in Online Banking today at Key.com.
Access your available accounts, transfer funds and view your transactions right from your PC.

Key Business Gold Money Market Svgs    4206
RODA LLC

| | |
|---|---:|
| Beginning balance 1-31-23 | $611.82 |
| 1 Subtraction | -611.82 |
| **Ending balance 2-28-23** | **$0.00** |

## Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---:|
| | 2-24 | 4206 | Close Account | $611.82 |
| | | | **Total subtractions** | **$611.82** |

## Interest earned

| | |
|---|---:|
| Current Interest Rate | variable |
| Number of days this statement period | 28 |
| Interest paid year-to-date | $0.01 |
| Interest earned (2022) | $0.35 |

4206 - 03720
4468



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
February 28, 2023
page 1 of 2

9018

T  367 00000 R EM T1

RODA LLC
DEBTOR IN POSSESSION
CASE #23-30250-THP11
20407 SW BORCHERS DR
SHERWOOD OR 97140-8988

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

Enroll in Online Banking today at Key.com.
Access your available accounts, transfer funds and view your transactions right from your PC.

**KeyBank Basic Business Checking** 9018
RODA LLC
DEBTOR IN POSSESSION
CASE #23-30250-THP11

| | |
|---|---|
| Beginning balance 2-14-23 | $0.00 |
| 2 Additions | +7,186.28 |
| **Ending balance 2-28-23** | **$7,186.28** |

### Additions

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---|
| | 2-24 | 4206 | Transfer From Close | $611.82 |
| | 2-28 | | Deposit  Branch 0093 Oregon | 6,574.46 |
| | | | **Total additions** | **$7,186.28** |

### Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 2-28-23 | Paper Statement Fee | 1 | 3.00 | -$3.00 |
| 2-28-23 | Service Charge Waive To Relationship Pricing | 1 | 3.00 | +3.00 |
| | **Fees and charges  this period** | | | **$0.00** |

9018 - 03720
4467

# RODA, LLC
# Profit & Loss
## February 2023

|  | Feb 23 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Rental Income** | |
|       CAM Charges/Other Fees | 15,423.75 |
|       Rental Income - OIE | 43,465.00 |
|       Rental Income - Tenants | 10,851.25 |
|     **Total Rental Income** | 69,740.00 |
|   **Total Income** | 69,740.00 |
| **Gross Profit** | 69,740.00 |
|   **Expense** | |
|     Contract Labor | 625.00 |
|     **Professional Fees** | |
|       CPA/Acctg fees | 500.00 |
|       Legal Fees | 10,500.00 |
|     **Total Professional Fees** | 11,000.00 |
|     **Utilities** | |
|       Garbage | 499.36 |
|     **Total Utilities** | 499.36 |
|   **Total Expense** | 12,124.36 |
| **Net Ordinary Income** | 57,615.64 |
| **Net Income** | 57,615.64 |

Case 23-30250-thp11    Doc 69-1    Filed 03/21/23

# RODA, LLC
## Balance Sheet
### As of February 28, 2023

|  | Feb 28, 23 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Key Bank - 7400 | 7,857.42 |
| Key Bank - 9018 DIP | 7,186.28 |
| **Total Checking/Savings** | 15,043.70 |
| **Accounts Receivable** | |
| Tenants Receivable | 496,088.78 |
| **Total Accounts Receivable** | 496,088.78 |
| **Other Current Assets** | |
| Due from Oregon Ice | 345,500.00 |
| Undeposited Funds | 96,053.92 |
| **Total Other Current Assets** | 441,553.92 |
| **Total Current Assets** | 952,686.40 |
| **Fixed Assets** | |
| Accumulated Amortization | -184,069.00 |
| Accumulated Depreciation | -71,142.00 |
| Building | 2,506,060.00 |
| Improvements | 31,818.70 |
| Land | 3,030,440.00 |
| **Total Fixed Assets** | 5,313,107.70 |
| **Other Assets** | |
| Loan Fees | 391,888.48 |
| **Total Other Assets** | 391,888.48 |
| **TOTAL ASSETS** | **6,657,682.58** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 202,636.23 |
| **Total Accounts Payable** | 202,636.23 |
| **Other Current Liabilities** | |
| Tenant Security Deposits Held | 7,349.00 |
| **Total Other Current Liabilities** | 7,349.00 |
| **Total Current Liabilities** | 209,985.23 |
| **Long Term Liabilities** | |
| Loan Payable - PacWest Funding | 5,682,000.00 |
| Loan Payable - Roy MacMillan | 1,287,950.00 |
| **Total Long Term Liabilities** | 6,969,950.00 |
| **Total Liabilities** | 7,179,935.23 |
| **Equity** | |
| Member 1 Capital Roy MacMillan | -525,598.31 |
| Member 2 Capital - David Flores | -442,436.96 |
| Member 3 Capital - Ann Fisher | -14,695.66 |
| Retained Earnings | 385,197.86 |
| Net Income | 75,280.42 |
| **Total Equity** | -522,252.65 |
| **TOTAL LIABILITIES & EQUITY** | **6,657,682.58** |

# RODA, LLC
## A/R Aging Summary
### As of February 28, 2023

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Generation Skate 808** | 0.00 | 1,140.00 | 0.00 | 1,140.00 | 2,280.00 | 4,560.00 |
| **Growler House** | 577.74 | 0.00 | 0.00 | 0.00 | 577.44 | 1,155.18 |
| **Industrial Sales** | 25.42 | 70.61 | 22.70 | 22.70 | 193.73 | 335.16 |
| **Northwest Skate Authorit...** | 2,108.71 | 2,137.36 | 2,106.87 | 2,106.86 | 4,332.98 | 12,792.78 |
| **Oregon Ice Entertainment** | 0.00 | 115,691.81 | 57,445.11 | 55,973.62 | 205,013.58 | 434,124.12 |
| **Sherwood Dance Academy** | 0.00 | 39.36 | 4,556.76 | 4,557.00 | 22,933.57 | 32,086.69 |
| **Skate & Skills LLC** | 2,206.97 | 2,206.97 | 2,206.97 | 2,206.97 | 2,206.97 | 11,034.85 |
| **TOTAL** | 4,918.84 | 121,286.11 | 66,338.41 | 66,007.15 | 237,538.27 | 496,088.78 |

Case 23-30250-thp11    Doc 69-1    Filed 03/21/23