<u>In re Roda, LLC</u>
Case No. 23-30250

**DISCLOSURES AND SUPERSEDING STATEMENTS**

Notwithstanding any statement, declaration, or disclosure made in the UST Form 11-MOR, the disclosures and superseding statements contained herein shall control.

**UST Form 11-MOR at p. 1.** Consistent with the provided instructions, as used on the UST Form 11-MOR at p. 1, "Responsible Party" shall mean "the individual responsibility for *filing* the MOR with the court." UST Form 11-MOR Instructions (06/08/2021) at p. 5 (emphasis in original). The Responsible Party's signature on Page 1 is made solely for the limited purpose of compliance with Fed. R. Bankr. P. 9011(a).

**UST FORM 11-MOR, Part 1(a)**. Debtor's "Cash balance" includes Debtor's unexhausted retainer to Vanden Bos & Chapman, LLP in the amount of $29,208.49 (as of end of reporting period). Prior report did not include balance of KeyBank 7400, resulting in a $6666.92 difference in starting cash on hand.

**UST FORM 11-MOR, Part 1(b)-(c)**. Fees or other charges which are waived are netted; for example, a service fee of $3 waived in a separate transaction in the same reporting period, is neither counted as a receipt or disbursement.

**UST FORM 11-MOR, Part 1(e)**. Total assets based on Part 2(d) ("Current Assets") plus assets listed in Schedule A/B consistent with those schedules.

**UST Form 11-MOR, Part 2(k)-(m)**. Prepetition debts listed in Part 2(k)-(m) are listed consistent with the Summary of Assets and Liabilities for Non-Individuals (Docket #28). As further described in the Debtor's filed Schedules, certain claims are disputed. In addition, prepetition debts will not reflect post-petition accrual of interest or other charges.

**UST FORM 11-MOR, Part 4(e).** Payment of approved administrative expenses is included in in Part 4(e).

**UST FORM 11-MOR, Part 4(j).** Based on correspondence received from the Office of the United States Trustee, unapplied for attorney fees and costs (which are neither due (e.g. they cannot be lawfully collected absent court approval) nor payable (e.g. they cannot be lawfully paid absent court approval)) have been listed in Part 4(j). The listed figure is an estimate and is subject to both attorney and court review.

**UST FORM 11-MOR, Part 4(k).** As reorganization items listed in Part 4(j) are not approved or payable, *see Statement supra.*, such amounts have not been included in Part 4(k).

**UST FORM 11-MOR, Part 5(a).** Pursuant to the Order Establishing Procedures for Payment of Interim Professional Fees" (Dkt #55), certain professional expenses may be paid, on an interim basis. For purposes of Part 5(a), the amounts listed represent those amounts which may be paid (e.g. "80% of the fees and 100% of the expenses), for which no objection was timely made (or otherwise resolved) during the reporting period, and for payments actually made in the reporting period.

**UST FORM 11-MOR, Part 8.** Consistent with UST Form 11-MOR Instructions (06/08/2021) at p. 9, as a non-individual debtor, the Debtor has "enter[ed] zeros in all numerical fields and indicate[d] "No" for line (l) and "N/A" for line (m)."

# RODA, LLC
## Balance Sheet
### As of May 31, 2023

|                                      | May 31, 23   |
|--------------------------------------|-------------:|
| **ASSETS**                           |              |
|   **Current Assets**       |              |
|     **Checking/Savings** |      |
|       Key Bank - 7400 | 5,896.67 |
|       Key Bank - 9018 DIP | 20,522.13 |
|       MM savings DIP #5849 | 16,605.49 |
|     **Total Checking/Savings** | 43,024.29 |
|     **Accounts Receivable** |      |
|       Tenants Receivable | 558,631.10 |
|     **Total Accounts Receivable** | 558,631.10 |
|     **Other Current Assets** |  |
|       Due from Oregon Ice | 345,500.00 |
|     **Total Other Current Assets** | 345,500.00 |
|   **Total Current Assets** | 947,155.39 |
|   **Fixed Assets**         |              |
|     Accumulated Amortization | -184,069.00 |
|     Accumulated Depreciation | -71,142.00 |
|     Building   | 2,506,060.00 |
|     Improvements | 31,818.70 |
|     Land       | 3,030,440.00 |
|   **Total Fixed Assets**  | 5,313,107.70 |
|   **Other Assets**        |              |
|     Loan Fees   | 391,888.48 |
|   **Total Other Assets**  | 391,888.48 |
| **TOTAL ASSETS**                    | **6,652,151.57** |
| **LIABILITIES & EQUITY**            |              |
|   **Liabilities**         |              |
|     **Current Liabilities** |      |
|       **Accounts Payable** |  |
|         Accounts Payable | 229,268.75 |
|       **Total Accounts Payable** | 229,268.75 |
|       **Other Current Liabilities** |  |
|         Tenant Security Deposits Held | 7,349.00 |
|       **Total Other Current Liabilities** | 7,349.00 |
|     **Total Current Liabilities** | 236,617.75 |
|     **Long Term Liabilities** |  |
|       Loan Payable - PacWest Funding | 5,682,000.00 |
|       Loan Payable - Roy MacMillan | 1,287,950.00 |
|     **Total Long Term Liabilities** | 6,969,950.00 |
|   **Total Liabilities**   | 7,206,567.75 |
|   **Equity**              |              |
|     Member 1 Capital Roy MacMillan | -525,598.31 |
|     Member 2 Capital - David Flores | -442,436.96 |
|     Member 3 Capital - Ann Fisher | -14,695.66 |
|     Retained Earnings | 314,493.94 |
|     Net Income  | 113,820.81 |
|   **Total Equity**        | -554,416.18 |
| **TOTAL LIABILITIES & EQUITY**      | **6,652,151.57** |

Case 23-30250-thp11    Doc 108-1    Filed 06/23/23

# RODA, LLC
# Profit & Loss
### May 2023

| | May 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Rental Income** | |
| **CAM Charges/Other Fees** | 15,429.51 |
| **Rental Income - OIE** | 43,465.00 |
| **Rental Income - Tenants** | 10,851.25 |
| **Total Rental Income** | 69,745.76 |
| **Total Income** | 69,745.76 |
| **Gross Profit** | 69,745.76 |
| **Expense** | |
| **Bank Fee Charges** | 30.00 |
| **Insurance Expense** | 270.25 |
| **Mortgage Expense** | 56,772.65 |
| **Professional Fees** | |
| **CPA/Acctg fees** | 500.00 |
| **Legal Fees** | 10,000.00 |
| **Total Professional Fees** | 10,500.00 |
| **Utilities** | |
| **Natural Gas** | 4,634.70 |
| **Total Utilities** | 4,634.70 |
| **Total Expense** | 72,207.60 |
| **Net Ordinary Income** | -2,461.84 |
| **Other Income/Expense** | |
| **Other Income** | |
| **Interest Income** | 4.06 |
| **Total Other Income** | 4.06 |
| **Net Other Income** | 4.06 |
| **Net Income** | **-2,457.78** |

Case 23-30250-thp11    Doc 108-1    Filed 06/23/23

# RODA, LLC
## A/R Aging Summary
### As of May 31, 2023

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Generation Skate 808** | 0.00 | 100.00 | 0.00 | 0.00 | 4,560.00 | 4,660.00 |
| **Growler House** | 0.00 | 1,155.48 | 0.46 | 0.00 | 0.00 | 1,155.94 |
| **Industrial Sales** | 0.00 | 50.84 | 25.42 | 25.42 | 309.74 | 411.42 |
| **Northwest Skate Authorit...** | 0.00 | 1,220.55 | 0.00 | 0.00 | 0.00 | 1,220.55 |
| **Oregon Ice Entertainment** | 0.00 | 116,493.40 | 58,246.70 | 0.00 | 322,087.12 | 496,827.22 |
| **Sherwood Dance Academy** | 0.00 | 4,565.76 | 4,565.76 | 0.00 | 27,568.69 | 36,700.21 |
| **Skate & Skills LLC** | 0.00 | 4,413.94 | 2,206.97 | 2,206.97 | 8,827.88 | 17,655.76 |
| **TOTAL** | 0.00 | 127,999.97 | 65,045.31 | 2,232.39 | 363,353.43 | 558,631.10 |



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**May 31, 2023**
**page 1 of 2**

 7400

T   367 00000 R EM T1

RODA LLC
20407 SW BORCHERS DR
SHERWOOD OR 97140-8988

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

Key Business Reward Checking ███7400
RODA LLC

| Beginning balance 4-30-23 | $6,666.92 |
|---|---|
| 2 Subtractions | -770.25 |
| **Ending balance 5-31-23** | **$5,896.67** |

## Subtractions

| Withdrawals Date | Serial # | Location | |
|---|---|---|---|
| 5-1 | | Direct Withdrawal, State Farm Ro 27Cpc-Client | $270.25 |
| 5-16 | | Direct Withdrawal, Practice Ignitiobreakaway | 500.00 |
| | | **Total subtractions** | **$770.25** |

███ 7400 - 03720
7976

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

XFER TO SAV - Transfer to Savings Account
XFER FROM SAV - Transfer from Savings Account
XFER TO CKG - Transfer to Checking Account
XFER FROM CKG - Transfer from Checking Account
PMT TO CR CARD - Payment to Credit Card
ADV CR CARD - Advance from Credit Card

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A, P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶ Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on our statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

❹ List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
| | |

❺ List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| TOTAL ➜ | $ |

**TOTAL ➜** $

❻ Enter ending balance shown on your statement. $

❼ Add 5 and 6 and enter total here. $

❽ Enter total from 4. $

❾ Subtract 8 from 7 and enter difference here. $

This amount should agree with your check register balance.



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

 9018

T   367 00000 R EM T1

RODA LLC
DEBTOR IN POSSESSION
CASE #23-30250-THP11
20407 SW BORCHERS DR
SHERWOOD OR 97140-8988

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

### KeyBank Basic Business Checking ▮▮▮9018
RODA LLC
DEBTOR IN POSSESSION
CASE #23-30250-THP11

| | |
|---|---:|
| Beginning balance 4-30-23 | $20,154.84 |
| 6 Additions | +71,804.64 |
| 3 Subtractions | -71,407.35 |
| Net fees and charges | -30.00 |
| **Ending balance 5-31-23** | **$20,522.13** |

## Additions

| Deposits Date | Serial # | Source | |
|---|---|---|---:|
| 5-2 | | Deposit   Branch 0367 Oregon | $20,000.00 |
| 5-4 | | Deposit   Branch 0367 Oregon | 5,386.58 |
| 5-11 | | Deposit   Branch 0367 Oregon | 26,748.78 |
| 5-12 | | Deposit   Branch 0367 Oregon | 577.28 |
| 5-17 | | Deposit   Branch 0367 Oregon | 1,193.64 |
| 5-30 | | Deposit   Branch 0367 Oregon | 17,898.36 |
| | | **Total additions** | **$71,804.64** |

## Subtractions

| Withdrawals Date | Serial # | Location | |
|---|---|---|---:|
| 5-5 | | Intellequity Le Portland     OR  USA | $10,000.00 |
| 5-12 | | Direct Withdrawal, Northwest Naturabillpay | 4,634.70 |
| 5-18 | 759133 | Wire Withdrawal  Pacwest Funding  2273 | 56,772.65 |
| | | **Total subtractions** | **$71,407.35** |

▮▮9018 – 03720

7981

 9018

## Fees and charges

| Date | | Quantity | Unit Charge | |
|------|---|----------|-------------|---|
| 5-18-23 | Fedwire Service Charge | 1 | 30.00 | -$30.00 |
| 5-31-23 | Paper Statement Fee | 1 | 3.00 | -3.00 |
| 5-31-23 | Service Charge Waive To Relationship Pricing | 1 | 3.00 | +3.00 |
| | **Fees and charges assessed this period** | | | **-$30.00** |



page 3 of 3

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A, P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶ Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**

- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| **Check # or Date** | **Amount** | **Date** | **Amount** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL →** | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |
| This amount should agree with your check register balance. |

| **TOTAL →** | $ |
|---|---|



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

 5849

T    367 00000 R EM T1

RODA LLC
DEBTOR IN POSSESSION
CASE #23-30250-THP11
20407 SW BORCHERS DR
SHERWOOD OR 97140-8988

*Questions or comments?*
*Call  1-800-821-2829*

---

Checking ▮▮▮▮5849
RODA LLC
DEBTOR IN POSSESSION
CASE #23-30250-THP11

| | |
|---|---:|
| Beginning balance 4-30-23 | $16,601.97 |
| Interest paid | +3.52 |
| **Ending balance 5-31-23** | **$16,605.49** |

**Interest earned**

| | |
|---|---:|
| Annual percentage yield (APY) earned | 0.25% |
| Number of days this statement period | 31 |
| Interest paid  5-31-23 | $3.52 |
| Interest earned this statement period | $3.52 |
| Interest paid year-to-date | $5.49 |

▮▮▮▮5849 - 03720
7982

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A, P.O. Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

**❶ Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:

- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➜ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |
| This amount should agree with your check register balance. |

| TOTAL ➜ | $ |
|---|---|

7982