| | |
|---|---|
| 11/30/2023 | Judge Teresa H Pearson |

| | | |
|---|---|---|
| 01:30 23-30250-thp11 (lead case) | RODA, LLC - db | DOUGLAS R RICKS |
| 23-30159-thp11 (member case) | Roy MacMillan - jtdb | JOSHUA FLOOD |
| | PacWest Funding Inc., dba Precision Capital - cr | JULIA MANELA |
| | US Trustee, Portland -ust | CHRISTIAN TORIMINO |

**1: Notice of Preliminary Hearing and Motion For Authority to Use Cash Collateral. Filed by Debtor RODA, LLC. (RICKS, DOUGLAS)**

**2: Joint Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (Fourth) Filed by Debtor RODA, LLC (RICKS, DOUGLAS) Doc# 169**

Summary of Proceedings

1: Court largely approved debtor's motion (ECF No. 175) for interim use of cash collateral, with changes noted on the record.  Mr. Ricks to lodge an order.

Final evidentiary hearing for authority to use cash collateral will be set for December 27, 2023, at 9:00 a.m. in Courtroom 4, and Mr. Ricks will file the applicable LBF along with the motion.

2: A final evidentiary hearing on the joint motion to extend exclusivity (ECF No. 169) will also be set for December 27, 2023, at 9:00 a.m. in Courtroom 4, which the court noticed out on the record.

A final evidentiary hearing will be set for December 27, 2023, at 9:00 a.m. in Courtroom 4 on PacWest Funding Inc.'s motion to appoint a chapter 11 trustee or convert to chapter 7 (ECF No. 180), and Ms. Manela will prepare and file the hearing notice.

Debtors given until December 15, 2023, to file a chapter 11 plan.  Parties given until December 20, 2023, to file witness lists and electronic exhibits, and 1 paper copy of each exhibit should be brought to the courtroom for witnesses.

Order to be prepared by:       _____ Clerk's Office       _____ Chambers       Other:

Minute Order: